

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2020

No. 04-19-00714-CV, 04-19-00715-CV & 04-19-00716-CV

**THE STATE OF TEXAS** ex. rel. Todd A. Durden, In His Official Capacity as County Attorney,
Appellant

v.

James T. 'Tully' **SHAHAN**, In His Official Capacities as County Judge; Mark Frerich, In His Official Capacity as County Commissioner; Joe Montalvo, In His Official Capacity as County Commissioner; Dennis Dodson, In His Official Capacity as County Commissioner; Tim Ward, In His Official Capacity as County Commissioner; Kinney County Commissioners Court and Kinney County,
Appellee

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 4845, 4863, 4866
Honorable Sid L. Harle, Judge Presiding

## O R D E R

On November 5, 2020, we struck Appellant's brief and ordered Appellant to file an amended brief that corrected several defects, including a word count exceeding the authorized limit. *See* TEX. R. APP. P. 9.4(i)(2)(b). On the due date, Appellant filed an amended brief with a word count within the authorized limit.

Appellees' amended brief, or an amended brief waiver, is due on November 30, 2020. If Appellees waive their right to file an amended brief, this court will use Appellees' October 30, 2020 brief as Appellees' brief.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2020.